# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| PENNSYLVANIA ENVIRONMENTAL DEFENSE FOUNDATION, | : No. 61 MAP 2021 |
| | : |
| | : Appeal from the Order of the |
| Appellant | : Commonwealth Court at No. 609 |
| | : MD 2019 dated August 6, 2021 |
| | : |
| v. | : |
| | : |
| | : |
| COMMONWEALTH DEPARTMENT OF CONSERVATION AND NATURAL RESOURCES, AND CINDY ADAMS DUNN, IN HER OFFICIAL CAPACITY AS SECRETARY, | : |
| | : |
| | : |
| | : |
| | : |
| | : |
| Appellees | : |

## <u>ORDER</u>

**PER CURIAM**                                        **DECIDED:  March 22, 2022**

      **AND NOW,** this 22nd day of March, 2022, the order of the Commonwealth Court is **AFFIRMED**.